No. — – ——.  MAURICE M. *v.* BOUKNIGHT.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–524.  AARON *v.* JONES, WARDEN, ET AL.  Application for bail, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–567.  ASSOCIATED GENERAL CONTRACTORS OF AMERICA ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, ET AL. (No. 88–1070); and ASSOCIATED BUILDERS & CONTRACTORS, INC., ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, ET AL. (two cases) (No. 88–1075).  C. A. 3d Cir.  Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–582.  EUBANKS ET AL. *v.* WILKINSON, GOVERNOR OF KENTUCKY, ET AL.  D. C. W. D. Ky.  Application for stay pending appeal to the United States Court of Appeals for the Sixth Circuit, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. A–641.  SHORT *v.* KLEIN, GUARDIAN OF KLEIN, ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–642.  CARDEN ET AL. *v.* ARKOMA ASSOCIATES.  Application for stay of enforcement of the mandate of the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the timely filing and disposition of a petition for writ of certiorari. This order is conditioned upon the posting of a good and sufficient security with the Clerk of the United States District Court for the Eastern District of Louisiana, the adequacy of such security to be determined by a judge of that court.

No. D–737.  IN RE DISBARMENT OF WEATHERLY.  Motion to defer consideration denied.  Disbarment entered.  [For earlier order herein, see 488 U. S. 906.]